**FILED**
JAMES J. VILT, JR. - CLERK

JUL - 1 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     Criminal Action No.: 3.25-CR-101-CRS

**DAVID MARCUM, SR**     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joseph Ansari hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

Joseph R. Ansari
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
joseph.ansari@usdoj.gov